UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

        Plaintiff(s),

v.

ALEXANDER BUIE,

        Defendant(s).

ORDER

15-MJ-4149

---

At the initial appearance held on August 27, 2015, defendant requested court-appointed counsel. Based upon the court's review of defendant's financial affidavit, it was determined at the court appearance held on August 27, 2015, that defendant qualifies for court-appointed counsel.

Accordingly, defendant is directed to contribute the sum of $500 monthly for the cost of counsel. The amount shall be paid by the fifteenth day of every month to the Clerk, United States District Court.

**IT IS SO ORDERED.**

                                                       MARIAN W. PAYSON
                                                     United States Magistrate Judge

Dated: Rochester, New York
         August 31, 2015