UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

            Plaintiff(s),

    v.

ALEXANDER BUIE,

            Defendant(s).

ORDER

15-MJ-4149

---

At the initial appearance held on August 27, 2015, defendant requested court-appointed counsel. Based upon the court's review of defendant's financial affidavit, it was determined that defendant could contribute $500 monthly for the cost of counsel. (Docket # 5).

At the status conference held on November 16, 2015, defendant submitted an additional financial affidavit. (Docket # 7). Defendant made an oral application to vacate the order directing him to contribute for the cost of counsel.

Accordingly, after reviewing defendant's additional financial affidavit (Docket # 7), defendant's application to vacate the order directing him to contribute for the costs of counsel (Docket # 5) is granted.

**IT IS SO ORDERED.**

                                                          MARIAN W. PAYSON
                                                   United States Magistrate Judge

Dated: Rochester, New York
       November 20, 2015