# FEDERAL PUBLIC DEFENDER'S OFFICE
## WESTERN DISTRICT OF NEW YORK

MARIANNE MARIANO
*FEDERAL PUBLIC DEFENDER*
marianne_mariano@fd.org

STEVEN G. SLAWINSKI
*ASSISTANT FEDERAL PUBLIC DEFENDER*
elizabeth_slawinski@fd.org

28 EAST MAIN STREET
FIRST FEDERAL PLAZA, SUITE 800
ROCHESTER, NEW YORK 14614

585-263-6201
FAX: 585-263-5871

BUFFALO OFFICE
300 PEARL STREET, SUITE 200
BUFFALO, NEW YORK 14202
716-551-3341
716-551-3346-FAX

REPLY TO: ROCHESTER

*[FILED JAN 27 2016 – MARY C. LOEWENGUTH, CLERK, WESTERN DISTRICT OF NY]*

January 26, 2016

VIA FAX

Honorable Marian W. Payson
United States Magistrate Judge
U.S. Courthouse
100 State Street
Rochester, NY 14614

*[RECEIVED JAN 26 2016 MARIAN W. PAYSON U.S. Magistrate Judge Western District of New York]*

Re:   United States v. Alex Buie, 15 MJ 4149

Dear Judge Payson,

I represent Alex Buie in the above case, who is charged by complaint with possessing Alpha PHP, a synthetic drug, with the intent to distribute it, in violation of 21 U.S.C. § 841(a)(1). Mr. Buie is free on conditions while his case is pending. At this point, we are negotiating a potential plea agreement with the government for the charge he faces.

One bond condition that Mr. Buie has is to remain in the Western District of New York while his case is pending. He now requests that the Court grant him permission to travel on the following dates:

**February 4-7 to Exeter, New Hampshire, to obtain a replacement windshield for his vehicle which is cracked and needs to pass a safety inspection**

**February 10-16 to visit his parents and siblings in Woodbridge, Virginia**

I have contacted AUSA Douglas Gregory and he does not oppose this request. Mr. Buie has been successful on pretrial release and has not violated his conditions.

Mr. Buie would now respectfully ask the Court for permission to travel out of district in February for the above reasons. I have attached his requests to the probation office which offer more detail for his travel plans. Thank you for your consideration of this request.

*Request granted.*
*So ordered*
*Marian W. Payson*
*US Magistrate Judge*
*1/27/16*